**Endo International plc (ENDP)**                                          **Albiges, Benoit**

## List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---:|---:|
| Purchase | 5/20/2020 | 2,625 | $3.9700 |
| Sale | 11/29/2018 | (2,000) | $11.6600 |
| Sale | 12/19/2018 | (900) | $9.9200 |
| Sale | 1/18/2019 | (1,000) | $9.5000 |
| Sale | 1/18/2019 | (500) | $9.4100 |