**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**CURTIS LAASKO, et al.**

***Plaintiffs*,**

**v.**

**ENDO INTERNATIONAL PLC, et al.**

***Defendants*.**

**Civil Action No. 20-07536**

**ORDER**

**THIS MATTER** comes before the Court by way of Defendants' Motion to Dismiss the Amended Class Action Complaint, ECF No. 34. The Court has reviewed the briefs filed by the parties and heard oral argument in this matter on August 30, 2021. Upon consideration and for the reasons stated on the record on August 30, 2021,

**IT IS** on this 31st day of August, 2021;

**ORDERED** that Defendants Motion to Dismiss, ECF No. 34, is **GRANTED**; and it is further

**ORDERED** that the Amended Class Action Complaint, ECF No. 30, is **DISMISSED without prejudice**; and it is further

**ORDERED** that to the extent Plaintiffs can cure the deficiencies identified by the Court on the record, Plaintiffs may file an amended pleading within sixty (60) days of the date of this Order; and it is further

**ORDERED** that the parties shall submit an agreed upon briefing schedule on any renewed motion to dismiss.

***/s/ Madeline Cox Arleo***
**Hon. Madeline Cox Arleo**
**UNITED STATES DISTRICT JUDGE**