**Kevin M. McDonough**
Direct Dial: +1.212.906.1246
kevin.mcdonough@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

| FIRM / AFFILIATE OFFICES | |
|---|---|
| Austin | Moscow |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

April 28, 2022

**VIA ECF**

The Honorable Madeline Cox Arleo
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07101

Re:     ***Albiges v. Endo International plc et al.*, No. 20-07536 (MCA) (MAH) (D.N.J.)**

Dear Judge Arleo:

We represent Defendants Endo International plc, Paul V. Campanelli, Blaise Coleman, Mark T. Bradley, and Matthew J. Maletta in the above-referenced action, and write to apprise the Court of a recent development regarding post-complaint matters raised by Plaintiffs in their Opposition to Defendants' Motion to Dismiss the Second Amended Class Action Complaint (ECF No. 58) ("Opposition" or "Opp.") concerning one opioid-related litigation.  Defendants' Motion to Dismiss (ECF No. 57) was fully briefed as of March 25, 2022, and is currently pending before the Court.

In their Opposition, Plaintiffs asked the Court to take judicial notice of certain "Post-SAC Events" related to an opioid-related litigation pending against Endo Health Solutions Inc. and Endo Pharmaceuticals Inc. (collectively, "Endo") in Tennessee state court, *Dunaway v. Purdue Pharma, L.P., et al.*, No. 2:19-CV-00038 (Tenn. Cir. Ct. Cumberland Cnty.), to support their claim that Defendants had engaged in a "campaign to obstruct" opioid litigations nationwide. Opp. at 2, 16-17, 25.  In particular, Plaintiffs cited to a default judgment entered against Endo in the *Dunaway* action, as well as that court's denial of Endo's motion to disqualify the judge for bias and prejudice.[1]  Plaintiffs claimed that these decisions showed that Defendants had engaged in a "coordinated strategy" to obstruct discovery and had "admitted" discovery violations.  *See* Opp. at 16, 25 n.13.

The purpose of this letter is to notify the Court that on April 20, 2022, the Tennessee Court of Appeals reversed the trial court's denial of Endo's motion to disqualify, and vacated the entry

---

[1] Plaintiffs also attached as exhibits three documents from that case: (i) a February 28, 2022 default judgment against Endo; (ii) a February 28, 2022 Order denying Endo's motion to disqualify the trial court judge who issued the default judgment; and (iii) a transcript from a February 10, 2022 hearing on plaintiffs' motion for sanctions, including default judgment, against Endo.  Exs. 3-5 to the Declaration of Brian Calandra (ECF Nos. 58-4-6).

April 28, 2022
Page 2

# LATHAM&WATKINS LLP

of a default judgment against Endo, holding that the trial court judge should indeed have recused himself based on comments he made on social media and in the press that were "easily construable as indicating partiality against entities such as [Endo]."[2]  As a result, the Court of Appeals vacated the default judgment against Endo, and remanded the case for transfer to a different judge.   We attach a copy of the opinion of the Court of Appeals herewith.

While Defendants do not believe that consideration of post-complaint matters is appropriate in the first instance, we respectfully submit that, if the Court is inclined to consider them, the events in the *Dunaway* action actually underline the truthfulness of Defendants' various public statements that Endo intended to litigate the opioid-related matters vigorously and that their outcomes are uncertain.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Kevin M. McDonough

Kevin M. McDonough
of LATHAM & WATKINS LLP

cc:    All Counsel of Record (via ECF)

---

[2] In the Tennessee Court of Appeals, the case was captioned *Clay County et al. v. Purdue Pharma, L.P., et al.*